United States District Cart

For the District of Nevada

Robin M. Lee,
Plaintiff

V.

Donald J. Trump
Trump Corp.
Defendant

Civil Action No:

**2:12-cv-00077-RCJ -VCF**

Civil Action Brought Forth

2012 JAN 17 P 2: 29

   Plaintiff Robin M. Lee, Hereby commences Civil Action upon Defendant Donald J. Trump, For Honoring His pover of Attorneys On 2-14-1995, While Lee was Incarcerated, And Telling The Entire City of Honolulu, ¢ State of Hawaii to Not Divulge A Thing to the plaintiff, That His pover of Attorneys In various Combinations With His First Wife Ivana, Mr. Stephen A. Wynn, ¢ Mogul Kirk Keekorian, Had Netted The plaintiff Lee In Access Of A Billion Dollars With the U.S. Treasury.
   Due to this Fact, Lee spent 4-16-1997 to March 2011, Doing (wrong) Incarceration Which was Wrongfully used As A tool to Deprive Lee of Financial Due to the State of Hawaii's Family ¢ Criminal Carts.

Lee Has Relocated to the State of
Nevada, Since August 2011 when Donald
Trump, Ivana Trump ; Julia Parton
Returned to Hawaii; When Ivana told Lee
That He Had A #2 Billion Settlement,
; President Barach Obama Offered Lee
A 1/2 Billion loan;

Where Lee Has No Fairness ; Impartiality
In Any Court in The State of Hawaii That
Has Dismissed All of Lee's Civil Actions
To Be Frivolous; Lee ask That The U.S.
District of Nevada Honor Jurisdiction of
His Action, While Lee Has Resided in Nevada
Since August And That He Has No Intent to
Return to The State of Hawaii That Has Been
Brainwashing The Plaintiff Since Summer of
1988 to current, That The U.S. District of
Nevada Honor Plaintiffs Action, Accept And
Take Jurisdiction, Allow Plaintiff to
Promissary Affidavits to The Fact While His
Action Cannot Be Transferred Back to
U.S. District Hawaii to Be Wrongfully Dismissed,
; That The Plaintiff Be Allowed in
Pro-se Until He Given A Court-Appointment
; Or Defendant Hires ; Retains Lee An
Attorney Who is Not Gay, John Waihee, esq.

Due to the fact that His present Counsel Has never acted on the plaintiffs Behalf & Has Been Jeopardizing the plaintiffs Safety & well Being, & His Family as well, & was never retained By plaintiff, whom lee wants a Restraining Order against in Injunctive Relief.

Plaintiff lee does Believe That His Counsel He would Dismiss is Directly Responsible For He Being Blackmailed, exposed Threatened, Harassed 24/7 Has Been part of His Goal to Show an entire USA & public why He Has Counsel But No Financel Available to Him; & No Viable means to Protect Himself as well, while His Counsel Has the Goal & Desire to make lee in Comparison to the El Duporte Heir where He Has No Use of & For Billions incarcerated again, which He would Be if not for the Defendant & His First Wife Ivana & President Obama, while Plaintiff is Kept on Fremont St. without ID's, & Credit Cards; Use of Software in Supposedly the Highest Crime Zone to Day Be His Apt. . lee does Request Jury Trial if Necessary.

PLAINTIFF Lee Seeks DAMAGES : AWARD
to Be $21.5 BILLION; : DEMAND FOR JURY
TRIAL; IN WHAT WAS SUPPOSE TO BE A 50/50
ORILY DEAL WITH THE DEFEND;

Lee Seeks DAMAGES as THE Basis OF He
WOULD HAVE PURCHASED $400 MILLION OF UAL AT 50¢
A SHARE OUT OF CH.11 REORGANIZATION; $400 MILLION
OF AMR AT .75¢ PER SHARE OUT OF CH.11; BOTH
HITING HIGHS OF $40.00 PER SHARE IN 2005.

Lee ASK THAT He REALIZES He TO BE AGAINST
THE NASDAQ, BANKS : BROKERAGES; : WALL ST.
CORPS, GOVT. WHERE THEY ARE TO HAVE LEVERAGE
AGAINST THE PLAINTIFF WITH FORCED ARBITRATION ALL
CAUSED BY 3RD PARTIES, Lee ASK OF THE
DEFENDANT TO HELP WITH A PRESIDENTIAL
PARDON, AS IF PLAINTIFF TO BE HIS COUNSEL
: CLIENT, WHERE ALL DEFENDANTS DO NOT
HAVE LEVERAGE TO DO ANYTHING THEY WISH :
DESIRE UPON THE PLAINTIFF; IN WHICH NO
HOTEL : CASINO OR BUSINESS WILL HAVE
THE DEFENDANT RELEASING Lee THE
PLAINTIFF A BILLION IN CREDIT WORTHINESS
IN OCT. 2011

PLAINTIFF ASK THE DEFENDANT TRUMP

To COUNTERSUE ALL RESPONSIBLE DEFENDANTS, Such AS 1st Hawaiian Bank ESTATES & TRUST Dept., The Hawaii State Bar ASSOCIATION, E*TRADE Bank & Brokerage & BANK OF HAWAII, ALSO ANY & ALL Cases That Were Made With The State power OF ATTORNEYS up To 2-14-1995;

Lee Ask That The DEFENDANT TRUMP keep Him INFORMED OF who He Has Sued or COUNTERSUED, He ASk THAT THE DEFENDANT make His EXECUTIVES OPEN To His USE especially ERIK who keeps Lying to The PLAINTIFF, That TRUMP Shows Him Paperwork & ownership OF The Corporation He To Be TREASURER OF Being Only Doreal Trump Has given True power of ATTORNEY 2-14-1995 — THAT TRUMP please pay ALL Filing Fees AS well
                Lee Ask THAT DEFENDANT Trump NOT Allow His FAmily put Lee BACk in PRISON By Releasing Him CASH DEPOSITS where Lee MAYBE ABLE To PROTECT HIMSELF IN A CASINO; That He might Play at ALL Hotels payABLES, Promissory & Checks, 2 OF my Roommates & Friends Could Not prevent OF THEFT & Loss

Lee ask that the Courts allows him to enter affidavits to the facts, so that his filing not be dismissed as frivolous ° meritless and that they can'toll this a total Revocation upon all Powers of Attorneys; & that the Court protects him by placing only say $200 million at of the settlement as in a class action dispursement so that the plaintiff can no longer be tricked by any Scheme into cores & takes what Lee wrote 10 minutes later, ° or Schemes to blackmail him for the entire $9.5 billion.

JAN. 3, 2011

Respectfully Submitted,

Robid M. Lee

Robid M. Lee

United States District Cort
For The District of Nevada

Robin M. Lee
Plaintiff,                    )     Civil Action No.
            v.                )
Donald J. Trump               )
Trump Corp.                   )     Motion to Allow Affidavits
Defendant.                    )     As Exhibits

        Robin M. Lee, plaintiff, Hereby Requests
Of The U.S. District Cort to Allow The
Following Affidavits to Be Allowed due to
plaintiff Cannot Fight Free Credits,
pay to not Help or Divulge a Thing to
Him. He request a Cort appointment
As if The Affidavits Section A Class Action
lawsuit,
        Might The plaintiff Be Allowed
to credit 150 Million for The Affidavits
in Hopes The Defendant Might Match
The Credit Of A Hotel, to Be equal to
A 300 Man eye witnessed Trial, Has
Been The goal, desired of May 24 The/1
Audience of Full Capacity.

                            Respectfully
1-2-12                      Submitted,
                            Robin M. Lee
                            Robin M. Lee

## Power of Attorney, Revocation

I, _Robin Lee_ ("Declarant"), of _115 S. 14TH ST. #35_ _L.V., NV. 89101_ (Address), through my Power of Attorney dated _1991 4-2-14 95_ ("Power of Attorney") made and appointed _____, my true and lawful attorney in fact for the purposes, and with the powers set forth in the document.

I hereby give notice that I have revoked and canceled, and hereby do revoke and cancel, the Power of Attorney, and all powers and authority given, provided or implied therein to in that Power of Attorney.

In witness of this act, I have signed this Notice of Revocation of Power of Attorney on _1-5-2012_ (Date).


_____
Revoker of Power of Attorney

On this _____ (Date), before me, personally appeared known to be the person described in and who executed the foregoing instrument and acknowledged to me that they executed the same as their free act and deed.


_____
Notary Public
Commission Expires on: