# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN M. LEE, | CASE NO.: 2:12-CV-00077-RCJ-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| DONALD J. TRUMP, *et al.* | |
| Defendants. | |

Presently before the Court is Plaintiff's [#5] Motion for Documentation and Publication, as if Patents & Copyrights Exist and [#8] Motion of the General Plaintiff to Petition Respondent CEO Stephen A. Wynn, Wynn LLC to Put in the Motion for Default Judgment of 20 Plus Billion Upon Various Defendants & Wall St. Corps. A review of the Court's file shows, however, that Plaintiff's Complaint has not been served on Defendants in compliance with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff's [#5] Motion for Documentation and Publication, as if Patents & Copyrights Exist and [#8] Motion of the General Plaintiff to Petition Respondent CEO Stephen A. Wynn, Wynn LLC to Put in the Motion for Default Judgment of 20 Plus Billion Upon Various Defendants & Wall St. Corps are DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk shall re-issue [3] Summons and shall mail newly issued Summons to Plaintiff as to the following parties: Trump Corporation and Donald J. Trump.

///

1    IT IS FURTHER ORDERED that Plaintiff shall have to and including **120 days** from the
2 date the summons are issued within which to serve Plaintiff's Complaint on Defendants in full
3 compliance with the requirements of Rule 4 of the Federal Rules of Civil Procedure.
4    IT IS FURTHER ORDERED that failure to comply with this Order shall result in
5 automatic dismissal of the action without prejudice.
6    IT IS SO ORDERED.
7    DATED: This 23rd day of April, 2012.

ROBERT C. JONES
United States Chief District Judge